UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                        |   |                              |
|------------------------|---|------------------------------|
| SEAN K. ELLIS,         | ) |                              |
|                        | ) |                              |
|    Petitioner, | ) |                       |
|                        | ) |                              |
| v.                     | ) | Civil Action No. 01-12147-PBS |
|                        | ) |                              |
| JOHN MARSHALL,         | ) |                              |
|                        | ) |                              |
|    Respondent. | ) |                       |

ORDER VACATING STAY

December 21, 2010

SOROKIN, M.J.

The Court incorporates the procedural history recited in its August 5, 2010 Order.

This case has been stayed for approximately seven years to permit Ellis to exhaust in state court a Brady claim and a related ineffective assistance of counsel claim. During that time, no motion for a new trial has been filed. In response to the Motion to Vacate, Ellis has filed no formal opposition though the motion has been pending since June, 2010. Attorney Scapicchio (though she has not appeared in this case) wrote to the Court on July 14, 2010 stating that she "estimate[d]" she will be in the position to file a Motion for New Trial in "October of 2010." On August 5th, the Court directed Ellis (or Scapicchio if she appeared) to file, within fourteen days, a status report regarding the specifics of what was required prior to filing any motion for a new

1

trial and the status of such activities.  No such filing was made by either Ellis or Scapicchio (and Scapicchio has not filed an appearance).  On October 18, 2010, Ellis filed a report stating that Scapicchio would soon receive FOIA materials from the Boston Police Department.  Nothing before the Court indicates any motion for new trial has been filed in state court.

In light of the foregoing circumstances, the Court hereby ALLOWS the Motion to Vacate (Docket #66) and VACATES the stay previously entered in this matter.  The Court will proceed to resolve the habeas petition based on upon the previously filed briefs by issuing a report and recommendation to Judge Saris.


SO ORDERED.

   /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE