UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SEAN K. ELLIS,          )<br>                              )<br>          Petitioner,    )<br>                              )<br>v.                           )<br>                              )<br>JOHN MARSHALL,      )<br>                              )<br>          Respondent.  )<br>                              ) | Civil Action No. 01-12147-PBS |

ORDER VACATING REPORT AND RECOMMENDATION

May 29, 2012

SOROKIN, C.M.J.

On May 22, 2012, the undersigned issued a Report and Recommendation (Docket # 81) on Petitioner's Petition for Writ of Habeas Corpus (Docket # 1). The Report and Recommendation included a footnote in which the Court stated that neither party had provided the Court with the full set of trial transcripts. Following the issuance of the Report and Recommendation, the Attorney General's Office informed the Court that it had included these transcripts in its supplemental answer and that is would also provide the Court with a courtesy copy of the same. Based on this representation, the Court hereby VACATES the Report and Recommendation. The Court will reissue the Report and Recommendation following its review of the subject transcripts.

SO ORDERED.


    /s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE